UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **15-20353** CR-LENARD
21 U.S.C. § 963          GOODMAN
21 U.S.C. § 853

**16-1161M**

UNITED STATES OF AMERICA

vs.

JULIO DANILO LOPEZ CALDERON,
   a/k/a "Tata," and
RONALD JOEL CARRION ZALABARRIA,
   a/k/a "Roberto,"
       Defendants.
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in and around January of 2004, and continuing through in and around March of 2011, in the countries of Colombia, Costa Rica, Honduras, Guatemala, and Mexico, and elsewhere, the defendant,

**JULIO DANILO LOPEZ CALDERON,
a/k/a "Tata,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to defendant **JULIO DANILO LOPEZ CALDERON, a/k/a "Tata,"** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

Beginning in and around October of 2013, and continuing through the date of the return of this Indictment, in the countries of Colombia, Costa Rica, Honduras, Guatemala, and Mexico, and elsewhere, the defendants,

**JULIO DANILO LOPEZ CALDERON,**
a/k/a "Tata," and
**RONALD JOEL CARRION ZALABARRIA,**
a/k/a "Roberto,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to defendants **JULIO DANILO LOPEZ CALDERON, a/k/a "Tata,"** and **RONALD JOEL CARRION ZALABARRIA, a/k/a "Roberto,"** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code,

Section 963 and Title 21, United States Code, Section 960(b)(1)(B).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JULIO DANILO LOPEZ CALDERON, a/k/a "Tata," and RONALD JOEL CARRION ZALABARRIA, a/k/a "Roberto,"** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

3